IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EAST PENN MANUFACTURING CO., | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | Civil Action No. 24-cv-3077 |
| | : | |
| JULIE SU, ACTING SECRETARY OF LABOR, U.S. DEPT. OF LABOR, | : | |
| | : | |
| *Defendant.* | : | |

## O R D E R

**AND NOW**, this 2nd day of October, 2024, upon consideration of Defendant Julie Su, Acting Secretary of the U.S. Department of Labor's Motion for a Stay Pending Third Circuit Decision, the response thereto, and after holding oral argument, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. This case, including Defendant's deadline(s) to respond to Plaintiff's Complaint and all discovery, is **STAYED** pending further order of this Court.

2. Oral argument on Defendant's motion to dismiss, ECF No. 17, shall occur on October 29, 2024, at 3:00 p.m. at the Reading Courthouse.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**