IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EAST PENN MANUFACTURING CO.,<br><br>*Plaintiff*,<br><br>v.<br><br>LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, U.S. DEPT. OF LABOR,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 5:24-cv-03077-JLS |

**O R D E R**

**AND NOW**, this 1st day of October, 2025, upon consideration of Defendant's Motion to Dismiss, and Plaintiff's Motion to Compel Discovery, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Dismiss (ECF No. 17) is **DENIED**.

(2) Plaintiff's Motion to Compel (ECF No. 64) is **GRANTED IN PART**, as follows:

   (a) **Document Production**: Defendant shall produce all materials responsive to Plaintiff's First Set of Requests for Production of Documents within thirty days of the entry of this Order.

   (b) **Interrogatory Responses**: Defendant shall serve full and complete responses to Plaintiff's Interrogatories Nos. 1-4, 12, 14, and 17 within thirty days of the entry of this Order.

   (c) **Depositions**: Plaintiff may proceed with the noticed depositions of the eight (8) current and former Department of Labor employees. These depositions shall be completed within ninety days of the entry of this Order.

   (d) **Report of Investigation**: The matter of Defendant's asserted privileges and redactions in the Report of Investigation is **REFERRED** to Magistrate Judge Craig Straw for a **REPORT AND RECOMMENDATION** regarding the scope and validity of

    the asserted privileges and appropriate handling of the disputed redactions.

(3) The deadline to complete fact discovery is **EXTENDED** from October 31, 2025, to January 30, 2026.

                                      **BY THE COURT:**

                                */s/ Jeffery L. Schmehl*
                                **JEFFREY L. SCHMEHL, J.**